[Nos. 26942-6-III; 28655-0-III.   Division Three.   January 31, 2012.]

*In the Matter of the Guardianship of* DORIS JEAN HOOGSTAD.

JENON LAURENE, *Appellant*, v. LORI PETERSEN, *Respondent*.

*Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Korsmo, J.

[No. 29250-9-III.   Division Three.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MIGUEL RAFAEL ZEPEDA MANCILLA, JR., *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.

[No. 29349-1-III.   Division Three.   January 31, 2012.]

STEPHEN SIPES ET AL., *Appellants*, v. JOHN BANGERT ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 29461-7-III.   Division Three.   January 31, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. KAM ALAN MILLS, *Appellant*.

*Affirmed in part* and *reversed in part* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.